IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSE, et al.,

    Plaintiffs,

  v.

DENG,

    Defendant.

No. C 13-05071 WHA

**ORDER DENYING AS MOOT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**

The parties have stipulated to extend the time for defendant to respond to plaintiffs' complaint to December 17 (Dkt. No. 11). The complaint was filed on October 30 and no response has yet been filed. Local Rule 6-1(a) permits the parties to stipulate to extend the time within which to answer or otherwise respond to a complaint without Court order. The parties' request to extend the time to respond to the complaint is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE